Ronald Wilcox, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorneys for Plaintiff

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 8/23/06*

STEVEN MENDOZA, )
Plaintiff, ) Case No. 06-03770 RMW
)
v. ) STIPULATION TO CONTINUE
) 9/15/06 CMC AND MOTION TO
) DISMISS, AND [PROPOSED]
) ORDER
)
THE LAW OFFICES OF ROBERT B. )
SERIAN & ASSOCIATES and )
ROBERT B. SERIAN, )
Defendants. )
_____ )

The parties hereby respectfully request the Court to continue the Friday, September 15, 2006 Case Management Conference and Defendant's Motion to Dismiss to Friday, ~~September 29, 2006.~~  October 6, 2006  (jg)

Date:

_____
Ronald Wilcox, Plaintiff's counsel

Date: 8/14/06

_____
Robert Serian, Defendant's counsel

i

STIPULATION TO CONTINUE 9/15/06 CMC and MOTION TO DISMISS, and [PROPOSED] ORDER

1 [~~PROPOSED~~] ORDER

2

3 Pursuant to the stipulation of the parties the Court hereby continues the September 15,

4 2006 Case Management Conference and Motion to Dismiss to ~~September 29, 2006~~.

5 IT IS SO ORDERED.                                              October 6, 2006        (jg)

6

7 Date:  8/23/06

8

9  /s/ Ronald M. Whyte
   Hon. Ronald M. Whyte,
10 U.S. DISTRICT JUDGE

ii

STIPULATION TO CONTINUE 9/15/06 CMC and MOTION TO DISMISS, and [~~PROPOSED~~] ORDER