1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA   *E-FILED - 10/4/06*
10
11   STEPHEN MENDOZA,                )   CASE NO.: C 06-03770 RMW
                                     )
12          Plaintiff,                )
                                     )   **STIPULATION FOR DISMISSAL
13          vs.                       )   WITH PREJUDICE AND ORDER**
                                     )
14   THE LAW OFFICES OF ROBERT B.    )
     SERIAN & ASSOCIATES and         )
15   ROBERT B. SERIAN,               )
                                     )
16          Defendants.              )
17   _____)
18
19
20
21
22
23
24
25
26
27
28

MENDOZA V. SERIAN AL. (CASE NO. C 06-03770 RMW)
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

1  It is hereby stipulated and agreed by and between the parties that this action
2 against defendants The Law Offices of Robert B. Serian & Associates and Robert
3 B. Serian be dismissed, with prejudice, and without costs and attorneys' fees to
4 any party, all costs and attorneys' fees having been paid and all matters in this
5 controversy for which this action was brought having been fully settled,
6 compromised and adjourned.

7

8  DATED: September 22, 2006           RONALD WILCOX, ESQ.

9

10                                     _____/Ronald Wilcox/_____
11                                     Ronald Wilcox
                                       Attorney for plaintiff,
12                                     Stephen Mendoza

13

14

15 DATED: September 22, 2006            WINEBERG, SIMMONDS & NARITA

16

17                                     _____/Tomio B. Narita/_____
18                                     Tomio B. Narita
                                       Attorney for defendants,
19                                     The Law Offices of Robert B. Serian
                                       & Associates and Robert B. Serian
20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MENDOZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LAW OFFICES OF ROBERT B. SERIAN & ASSOCIATES and ROBERT B. SERIAN,<br><br>　　　　Defendants. | CASE NO.: C 06-03770 RMW<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

### **ORDER**

The parties having achieved a settlement of this action and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _10/4/06_____    By: ___/s/ Ronald M. Whyte_____

　　　　　　　　　　　　　　　　　　　　Hon. Ronald M. Whyte